IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEVANN MOSBY, ) | |
| ) | |
|     Plaintiff, ) | Case No. 3:16-cv-00620 |
| ) | |
| vs. ) | Madison County, IL Circuit Court |
| ) | Case No. 16-L-472 |
| TYSON FOODS, INC. and ALDEN ) | |
| FORRESTER, ) | **DEFENDANT DEMANDS TRIAL** |
| ) | **BY JURY** |
|     Defendants. ) | |

## *NOTICE OF REMOVAL*

COMES NOW defendant Tyson Foods, Inc., through counsel, pursuant to 28 U.S.C. § 1441 and 1446, and files this Notice of Removal to the United States District Court for the Southern District of Illinois, and for the grounds of this Notice of Removal, states:

1. This action is now pending in the Circuit Court of the Third Judicial Circuit, Madison County, Illinois, brought by plaintiff Devann Mosby against the defendants to recover damages for alleged injuries arising out of a motor vehicle collision.

2. The United States District Court for the Southern District of Illinois has jurisdiction over this case on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332.

3. The controversy in this action is between citizens of different states; plaintiff at the time of the commencement of this action is a citizen and resident of the State of Georgia; defendant Tyson Foods, Inc. at the time of the commencement of this action is a citizen and resident of the State of Delaware, with its principal place of business being the State of Arkansas; defendant Alden Forrester at the time of the commencement of this action is a citizen and resident of the State of Arkansas.

4. The amount in controversy for plaintiff, exclusive of interest and costs, exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), as according to plaintiff's only demand made on September 28, 2015, plaintiff sought Eighty-Five Thousand Dollars ($85,000) for a closed head injury, back, neck and shoulder injuries, plus lost wages from this defendant.  Further, plaintiff has alleged $28,000 in past medical expenses plus future medical expenses because of his alleged injuries (¶ 7, Complaint).

5. This Notice of Removal is filed in this Court within thirty (30) days after service upon defendant Tyson Foods, Inc.

6. A copy of all process and pleadings served in the Circuit Court is being filed with this Notice and is attached hereto as Exhibit A.

7. Although not yet served with process, Alden Forrester will be represented by the undersigned in this lawsuit and the undersigned anticipates that Mr. Forrester will consent to the removal of this case to the United States District Court for the Southern District of Illinois.

WHEREFORE, defendant Tyson Foods, Inc. requests that this Court accept jurisdiction of this action.

/s/Donald L. O'Keefe
Donald L. O'Keefe   #6208898
Attorney for Defendants
PITZER SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

## AFFIDAVIT OF SERVICE

I, the undersigned, on the 8th day of June, 2016, at 5:00 p.m., deposited a copy of this document, postage prepaid, in the United States Mail, addressed to:

> Mr. Matthew J. Sauter
> Sauter • Sullivan • LLC
> 3415 Hampton Avenue
> St. Louis, Missouri 63139
> *Attorney for Plaintiff*

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/Donald L. O'Keefe

{01662272.DOCX;1}