04/08/2016 FRI 12:56  FAX 314 781 2726 Sauter Sullivan LLC                                    ☒003/005

### IN THE CIRCUIT COURT
### THIRD JUDICIAL CIRCUIT
### MADISON COUNTY, ILLINOIS

| | |
|---|---|
| DEVANN MOSBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 16-L-000472 |
| TYSON FOODS, INC. Serve: CT Corporation Systems   208 South LaSalle Street   Suite 314   Chicago, IL 60604 | ) ) ) ) ) ) ) |
| and | ) ) |
| ALDEN FORRESTER, Serve: 105 E. Division Avenue, #2   Earle, AR 72687 | ) ) ) ) |
| Defendants. | ) |

## COMPLAINT

COMES NOW Plaintiff, and for his Complaint for damages against Defendants, states as follows:

1. Defendant Tyson Foods, Inc. is a foreign corporation authorized to do business in the State of Illinois.

2. At all times mentioned herein, Defendant Alden Forrester was an employee and/or agent of Tyson Foods, Inc., and acting in the course and scope of his employment with Tyson Foods, Inc.

3. On or about April 2, 2015, Plaintiff was driving a 2012 Freightline truck northbound on Interstate 55 in Madison County, Illinois, and Defendant Forrester was driving a

Page 1 of 3



EXHIBIT A

04/08/2016 FRI 12:57 FAX 314 781 2726 Sauter Sullivan LLC ☒004/005

2012 Mack truck in the same direction on Interstate 55.

4. At said time and place, Defendant Forrester allowed his vehicle to come into contact with the rear of Plaintiff's vehicle.

5. The accident was the direct and proximate result of the carelessness and negligence of Defendants in failing to exercise the highest degree of care in the following respects:

    (a) Defendants allowed their vehicle to come into contact with the rear of Plaintiff's vehicle;
    (b) Defendants were driving at an excessive speed;
    (c) Defendants failed to keep a careful lookout.

6. As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff sustained injuries to his left knee, left shoulder, head, neck, and back.

7. As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff incurred medical expenses in the approximate amount of $28,000, and may incur further medical expenses in the future because of such injuries.

8. As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff sustained lost wages.

WHEREFORE, Plaintiff prays for judgment against Defendants in an amount that is fair and reasonable in excess of $50,000, for costs, for interest, and for such other and further relief and the Court deems just and proper.

Respectfully submitted,

**SAUTER • SULLIVAN • LLC**

By: _____
Matthew J. Sauter, #06217431
3415 Hampton Avenue
St. Louis, Missouri 63139
Telephone (314) 781-3222
Facsimile (314) 781-2726
E-mail: msauter@ss-law.net

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| DEVANN MOSBY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 16L472 |
| TYSON FOODS, INC. | ) |
| and | ) |
| ALDEN FORRESTER, | ) |
| Defendants. | ) |

FILED APR 11 2016
CLERK OF CIRCUIT COURT #36
THIRD JUDICIAL CIRCUIT
MADISON COUNTY ILLINOIS

## AFFIDAVIT PURSUANT TO ILLINOIS SUPREME COURT RULE 222

I, Matthew J. Sauter, counsel for Plaintiff, state pursuant to Supreme Court Rule 222 that the total of money damages sought by the Plaintiff in the above-captioned matter exceeds $50,000.00.

4/8/16
Date

Matthew J. Sauter

STATE OF MISSOURI )
                  ) SS
COUNTY OF ST. LOUIS )

Subscribed and sworn to before me this 8TH day of APRIL, 2016.

Linda Hogan
Notary Public-Notary Seal
STATE OF MISSOURI
St. Louis County
Commission No. 12378880
My Commission Expires: 8/14/2016

Notary Public

My Commission Expires:

Page 1 of 1

April 11, 2016

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 296-4464
madisoncountycircuitclerkIL.com

CASE No. 2016 L 000472

DATE: April 11, 2016

DEVANN MOSBY

                PLAINTIFF

VS.

TYSON FOODS INC
CT CORP SYSTEMS
208 SOUTH LASALLE ST. STE
CHICAGO, IL 60604

                DEFENDANT

DEFENDANT: TYSON FOODS INC

    You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 30 days after its date.

    Witness: MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this April 11, 2016.

                MARK VON NIDA
                CLERK OF THE CIRCUIT COURT

(SEAL)

                BY: _____
                      Deputy Clerk

============================================================

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
MATTHEW J. SAUTER
SAUTER SULLIVAN LLC
3415 HAMPTON AVE
ST LOUIS, MO 63139

Date of Service: _____5/9/16_____, 20____.
(To be inserted by officer on the copy left with the defendant or other person)

**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.**

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| DEVANN MOSBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TYSON FOODS, INC. | ) Case No.: 2016 L 000472 ) ) |
| and | ) ) |
| ALDEN FORRESTER, | ) ) |
| Defendants. | ) |

**MEMORANDUM**

COMES NOW Plaintiff, and files non-est Return of Service on Defendant Alden Forrester.

Respectfully submitted,

**SAUTER • SULLIVAN • LLC**

By: _____
Matthew J. Sauter, #06217431
Attorney for Plaintiff
3415 Hampton Avenue
St. Louis, Missouri 63139
Telephone (314) 781-3222
Facsimile (314) 781-2726
E-mail: msauter@ss-law.net

Page 1 of 3

April 11, 2016

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 296-4464
madisoncountycircuitclerkIL.org

CASE No: 2016 L 000472

DATE: April 11, 2016

DEVANN MOSBY

                PLAINTIFF

VS.

ALDEN FORRESTER
105 E, DIVISION AVENUE
#2
EARLE, AR 72687

                DEFENDANT

DEFENDANT: ALDEN FORRESTER

    You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 30 days after its date.

Witness: MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this April 11, 2016.

MARK VON NIDA
CLERK OF THE CIRCUIT COURT

(SEAL)

BY: _____
      Deputy Clerk

FILED MAY 12 2016
CLERK OF CIRCUIT COURT #11
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

===============================================================

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
MATTHEW J. SAUTER
SAUTER SULLIVAN LLC
3415 HAMPTON AVE
ST LOUIS, MO 63139

Date of Service: _____, 20____.
(To be inserted by officer on the copy left with the defendant or other person)

1 of 2

The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.

NOT AN OFFICIAL COPY

CASE No. 2016 L 000472

STATE OF ILLINOIS }
MADISON COUNTY } ss.

I, _____, Sheriff of said county, have duly served the within summons on the defendant _____ by leaving a copy thereof with said defendant personally, on the ____ day of _____, 20____.

======================================================================

I have duly served the said summons on the defendant, _____ on the _____ day of _____, 20____, by leaving a copy of said summons on said date at his/her usual place of abode with _____, a person of the family of said _____ of the age of 13 years or upwards and by informing such persons with whom said summons was left of the contents thereof and by also sending a copy of said summons on the _____ day of _____, 20____, in a sealed envelope, with postage fully prepaid, addressed to said defendant _____, at his/her usual place of abode, as stated hereinabove in my return.

Dated this __2__ day of __MAY__, 20_16_.

M. J. Miller - Civil Process #671

NON/ESX
DS
Sheriff

WRONG COUNTY

Sheriff's Fees

Service................$_____

Making Copies.........$_____

Miles Traveled..$_____

Cost of mailing copies $_____

Return................$_____

Total.................$_____

DEVANN MOSBY

PLAINTIFF

VS.

ALDEN FORRESTER
105 E, DIVISION AVENUE
#2
EARLE, AR 72687

DEFENDANT

2 of 2

NOT AN OFFICIAL COPY